# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANN MARIE FUTCHKO,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:04-cv-1695-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 9)** |
| **FILED:** | **June 4, 2007** |

Plaintiff Ann Marie Futchko seeks an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 9. The Commissioner of Social Security does not oppose the rates requested or number of hours worked. Doc. No. 10.

On November 19, 2004, Ann Marie Futchko filed a complaint seeking review of a final decision of the Commissioner of Social Security denying her claim for social security disability benefits. Doc. No. 1. On February 2, 2005, this Court entered an Order remanding the matter to the Commissioner under sentence six of 42 U.S.C. § 405(g). Doc. No. 5.

"In sentence six cases, the filing period [for EAJA motions] does not begin until after the postremand proceedings are completed, the [Commissioner] returns to court, the court enters a final judgment, and the appeal period runs." *Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991). Therefore, if the post-remand proceedings were favorable to Ann Marie Futchko, the proper procedure is to move for the case to be reopened and judgment entered accordingly. Ann Marie Futchko may then file an amended motion for attorney's fees under the EAJA. Such motion must indicate the date on which the post-remand proceedings were favorably resolved.

Based on the foregoing, Ann Marie Futchko's Motion for Award of Attorney Fees Under the Equal Access to Justice Act, doc. no. 9, is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties